CASE NO. 3:21-00261-L

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

HIGHLAND CAPITAL MANAGEMENT LP

(Debtor)

THE DUGABOY INVESTMENT TRUST AND
GET GOOD NONEXEMPT TRUST

(Appellants)

v.

HIGHLAND CAPITAL MANAGEMENT LP

(Appellee)

Adversary proceeding on appeal from the United States Bankruptcy Court for the Northern District of Texas, Dallas Division

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, counsel for Dugaboy Investment Trust and the Get Good Nonexempt Trust, do hereby certify that I caused the *Original Appellant Brief filed on behalf of the Dugaboy Investment Trust and the Get Good NonExpempt Trust* [Dkt. #21] to be served on May 13, 2021, via the Court's ECF Notification System as follows:

Case Admin Sup    txnb_appeals@txnb.uscourts.gov

Douglas Draper    ddraper@hellerdraper.com, dhepting@hellerdraper.com, gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

Gregory V Demo    gdemo@pszjlaw.com

{00375717-1}    1

Jeffrey N Pomerantz    jpomerantz@pszjlaw.com

John A Morris    jmorris@pszjlaw.com, hwinograd@pszjlaw.com, lsc@pszjlaw.com

Juliana Lorraine Hoffman    jhoffman@sidley.com, txefilingnotice@sidley.com

Leslie A Collins    lcollins@hellerdraper.com, dhepting@hellerdraper.com, esixkiller@hellerdraper.com, jmarino@hellerdraper.com

Melissa S Hayward    mhayward@haywardfirm.com, mholmes@haywardfirm.com

Paige Holden Montgomery pmontgomery@sidley.com, broper@sidley.com, txefilingnotice@sidley.com

Penny P Reid    preid@sidley.com, ncade@sidley.com, sharry.stevens@sidley.com, txefilingnotice@sidley.com

Stacey G Jernigan    sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

Zachery Z. Annable    zannable@haywardfirm.com, zannable@franklinhayward.com

I also caused same to be served on May 13, 2021, by Docusource via U.S. First Class Mail, postage prepaid upon the following parties:

    Zachery Z. Annable
    Hayward PLLC
    10501 N. Central Expressway, Suite 106
    Dallas, TX 75231

    Leslie A Collins
    Heller, Draper & Horn, L.L.C.
    650 Poydras St., Suite 2500
    New Orleans, LA 70130

    Gregory V Demo
    Pachulski Stang Ziehl & Jones LLP
    780 Third Ave; 34th Floor
    New York, NY 10017

Douglas Draper
Heller, Draper & Horn, L.L.C.
650 Poydras Street
New Orleans, LA 70130

Melissa S Hayward
Hayward PLLC
10501 N Central Expwy., Suite 106
Dallas, TX 75231

Juliana Lorraine Hoffman
Sidley Austin LLP
2021 McKinney Avenue., Suite 2000
Dallas, TX 75201

Stacey G Jernigan
US Bankruptcy Court
Chambers of Judge Stacey G C Jernigan
1100 Commerce St., Room 1254
Dallas, TX 75242-1496

Sam A. Lindsay
US District Court
1100 Commerce Street., Room 1546
Dallas, TX   75242

Paige Holden Montgomery
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

John A Morris
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Jeffrey N Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Penny P Reid
Sidley Austin LLP
2021 McKinney Ave.,Suite 2000
Dallas, TX 75201

{00375717-1}   3

Dated May 13, 2021

/s/Douglas S. Draper
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Michael E. Landis, La. Bar No. 36542
mlandis@hellerdraper.com

Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for Appellants*
*The Dugaboy Investment Trust and*
*The Get Good Nonexempt Trust*

{00375717-1}                                     4