IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,* | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| THE DUGABOY INVESTMENT TRUST AND GET GOOD TRUST, | § | |
| | § | |
| Appellants, | § | Civil Action No. **3:21-CV-261-L** |
| | § | |
| v. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Appellee. | § | |

## **ORDER**

Before the court is Debtor Highland Capital Management, L.P.'s Unopposed Motion for Entry of an Order (I) Authorizing the Acceptance Under Seal of Documents Designated by Debtor as Part of the Record on Appeal and (II) Supplementing the Record on Appeal Therewith (Doc. 23), (the "Motion") filed June 9, 2021. The court determines that the motion should be and is hereby **granted**. Accordingly, the court **directs** the clerk of court to: (i) accept from the clerk of the United States Bankruptcy Court for the Northern District of Texas certain sealed documents designated by the Debtor as part of the record on appeal in this Appeal, and (ii) supplement the Record with the Sealed Documents.

---

* The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Order – Page 1

**It is so ordered** this 14th day of June, 2021.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge