CASE NO. 3:21-00261-L

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

HIGHLAND CAPITAL MANAGEMENT LP

(Debtor)

THE DUGABOY INVESTMENT TRUST AND
GET GOOD NONEXEMPT TRUST

(Appellants)

v.

HIGHLAND CAPITAL MANAGEMENT LP

(Appellee)

Adversary proceeding on appeal from the United States Bankruptcy Court for the Northern District of Texas, Dallas Division

**CERTIFICATE OF SERVICE**

   I, Douglas S. Draper, counsel for Dugaboy Investment Trust and the Get Good Nonexempt Trust, do hereby certify that I caused the *Appellant's Reply Brief filed on behalf of the Dugaboy Investment Trust and the Get Good NonExpempt Trust* [Dkt. #28] to be served on June 28, 2021, via the Court's ECF Notification System as follows:

- **Zachery Z. Annable**
  zannable@haywardfirm.com,zannable@franklinhayward.com
- **Case Admin Sup**
  txnb_appeals@txnb.uscourts.gov
- **Leslie A Collins**
  lcollins@hellerdraper.com,dhepting@hellerdraper.com

{00376046-1}                                1