CASE NO. 3:21-00261-L

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

HIGHLAND CAPITAL MANAGEMENT LP

(Debtor)

THE DUGABOY INVESTMENT TRUST AND
GET GOOD NONEXEMPT TRUST

(Appellants)

v.

HIGHLAND CAPITAL MANAGEMENT LP

(Appellee)

Adversary proceeding on appeal from the United States Bankruptcy Court for the Northern District of Texas, Dallas Division

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, counsel for Dugaboy Investment Trust and the Get Good Nonexempt Trust, do hereby certify that I caused the *Appellant's Reply Brief filed on behalf of the Dugaboy Investment Trust and the Get Good NonExpempt Trust* [Dkt. #28] to be served on June 28, 2021, via the Court's ECF Notification System as follows:

- **Zachery Z. Annable**
  zannable@haywardfirm.com,zannable@franklinhayward.com
- **Case Admin Sup**
  txnb_appeals@txnb.uscourts.gov
- **Leslie A Collins**
  lcollins@hellerdraper.com,dhepting@hellerdraper.com

- **Gregory V Demo**
  gdemo@pszjlaw.com
- **Douglas Draper**
  ddraper@hellerdraper.com,gbrouphy@hellerdraper.com,vgamble@hellerdraper.com,dhepting@hellerdraper.com
- **Melissa S Hayward**
  mhayward@haywardfirm.com,mholmes@haywardfirm.com
- **Juliana Lorraine Hoffman**
  jhoffman@sidley.com,txefilingnotice@sidley.com
- **Stacey G Jernigan**
  sgj_settings@txnb.uscourts.gov,anna_saucier@txnb.uscourts.gov
- **Paige Holden Montgomery**
  pmontgomery@sidley.com,txefilingnotice@sidley.com,broper@sidley.com
- **John A Morris**
  jmorris@pszjlaw.com,hwinograd@pszjlaw.com,lsc@pszjlaw.com
- **Jeffrey N Pomerantz**
  jpomerantz@pszjlaw.com
- **Penny P Reid**
  preid@sidley.com,txefilingnotice@sidley.com,sharry.stevens@sidley.com,ncade@sidley.com

I also caused same to be served on June 28, 2021, by Docusource via U.S. First Class Mail, postage prepaid upon the following parties:

Zachery Z. Annable
Hayward PLLC
10501 N. Central Expressway, Suite 106
Dallas, TX 75231

Leslie A Collins
Heller, Draper & Horn, L.L.C.
650 Poydras St., Suite 2500
New Orleans, LA 70130

Gregory V Demo
Pachulski Stang Ziehl & Jones LLP
780 Third Ave; 34th Floor
New York, NY 10017

Douglas Draper
Heller, Draper & Horn, L.L.C.
650 Poydras Street
New Orleans, LA 70130

Melissa S Hayward
Hayward PLLC
10501 N Central Expwy., Suite 106
Dallas, TX 75231

Juliana Lorraine Hoffman
Sidley Austin LLP
2021 McKinney Avenue., Suite 2000
Dallas, TX 75201

Stacey G Jernigan
US Bankruptcy Court
Chambers of Judge Stacey G C Jernigan
1100 Commerce St., Room 1254
Dallas, TX 75242-1496

Sam A. Lindsay
US District Court
1100 Commerce Street., Room 1546
Dallas, TX   75242

Paige Holden Montgomery
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

John A Morris
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Jeffrey N Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Penny P Reid
Sidley Austin LLP
2021 McKinney Ave.,Suite 2000
Dallas, TX 75201

Dated June 28, 2021

>  */s/Douglas S. Draper*
> Douglas S. Draper, La. Bar No. 5073
> ddraper@hellerdraper.com

{00376046-1}                                           3

>Leslie A. Collins, La. Bar No. 14891
>lcollins@hellerdraper.com
>Michael E. Landis, La. Bar No. 36542
>mlandis@hellerdraper.com
>
>Heller, Draper & Horn, L.L.C.
>650 Poydras Street, Suite 2500
>New Orleans, LA  70130
>Telephone: (504) 299-3300
>Fax: (504) 299-3399
>*Attorneys for Appellants*
>*The Dugaboy Investment Trust and*
>*The Get Good Nonexempt Trust*